| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011610 | **DATE** 05/27/2026 |
|---|---|---|---|---|

| **NAME** JONES, Antonio | **OFFICER** Ahmed M. Bazzi | **JUDGE** Mark A. Goldsmith | **DOCKET #** 19-CR-20492-08 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 07/20/2022 **COMMENCED** 12/21/2023 **EXPIRATION** 12/20/2026 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** I | **TOTAL OFFENSE LEVEL** 25 | **PHOTO** |
|---|---|---|---|---|

| **ASST. U.S. ATTORNEY** Robert Moran | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**AMENDED VIOLATION TO PETITION
FILED ON December 05, 2025.
(Please note that the amended information is underlined.)**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. § 1951(a), Conspiracy to Commit Hobbs Act Robbery

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 71 months, to be followed by a three-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1.  You must participate in a cognitive-behavioral treatment program (Trauma Focused CBT and/or Moral Reconation Therapy (MRT) and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include education, group therapy, and structured exercises, led by a probation officer who is a certified facilitator.

    Criminal Monetary Penalty: Special Assessment $100.00 (Paid); Restitution $1,750,306.30 (Balance: $1,750,006.30)

The probation officer believes that the offender has violated the following conditions of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." |

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011610 | **DATE** 05/27/2026 |
|---|---|---|---|---|

| **NAME** JONES, Antonio | **OFFICER** Ahmed M. Bazzi | **JUDGE** Mark A. Goldsmith | **DOCKET #** 19-CR-20492-08 |
|---|---|---|---|

On November 7, 2025, JONES was arrested by officers from the Bloomfield Township Police Department in connection to a home invasion incident which occurred in the City of Plymouth Township on November 4, 2025.

JONES was transported to the Plymouth Township Police Department where he was booked and processed. While processing JONES, officers located a check made out to an individual who resides in Bloomfield Township and was not JONES. Plymouth Township Police notified Bloomfield Township Police of their findings. While investigating who the check belonged to, it was determined that a home invasion (suspected to have been committed by JONES) had occurred in the city of Bloomfield Township on November 7, 2025. As a result, on November 8, 2025, JONES was released from the custody of the Plymouth Township Police Department and turned over to the Bloomfield Township Police Department where he was booked and processed.

On November 10, 2025, the Oakland County Prosecutor's Office, Pontiac, Michigan, authorized the following charges: Home Invasion-First Degree (Felony) and Larceny $200.00 or More but Less Than $1,000.00 (Misdemeanor). All offenses are alleged to have been committed on November 7, 2025. On November 10, 2025, JONES appeared for an arraignment before Magistrate Judge Andra V. Richardson, 48th District Court, Bloomfield Township, Michigan, Case ID 2025-2520600-FY. A plea of not guilty was entered by the Court and bond was set at $250,000.00 cash or surety. A probable cause conference was held before Judge Kimberly F. Small. 48th District Court, Bloomfield Township, Michigan on November 17, 2025. Bond remained set at $250,000.00 cash or surety and a Preliminary Examination was scheduled to be held on December 08, 2025, at 2:00 p.m. Per online court records, a stipulation/order to adjourn was filed by the defendant's attorney and the Preliminary Examination has been adjourned to a date and time yet to be determined. As of the date of this report, JONES is being held in the Oakland County Jail, Pontiac, Michigan.

On May 19, 2026, JONES appeared for a pre-trial hearing before Judge Yasmine I. Poles, 6th Circuit court, Oakland County, Pontiac, Michigan, Case No. 2026-296259-FH. JONES pled guilty to the following charges:

Count 1: Home Invasion – First Degree (Felony)
Count 2: Larceny $200 Or More But Less Than $1,000 (Misdemeanor)

JONES is scheduled to appear in Court for sentencing on July 14, 2026, at 10:00 a.m.

As of the date of this report, JONES remains in custody, in the Oakland County Jail, Pontiac, Michigan.

2    **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

| PROB 12C (Rev. 08/18) | **AMENDED VIOLATION REPORT PART 1:  PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000011610 | **DATE** 05/27/2026 |
|---|---|---|---|---|
| **NAME** JONES, Antonio | | **OFFICER** Ahmed M. Bazzi | **JUDGE** Mark A. Goldsmith | **DOCKET #** 19-CR-20492-08 |

On November 7, 2025, JONES was arrested by officers from the Bloomfield Township Police Department in connection to a home invasion incident which occurred in the City of Plymouth Township on November 4, 2025.

On November 13, 2025, the Wayne County Prosecutor's Office, Detroit, Michigan, authorized the following charges: Home Invasion-First Degree (Felony), Financial transaction Device-Stealing/Retaining without Consent (Felony), and financial transaction Device-Stealing/Retaining without Consent (Felony). All offenses are alleged to have been committed on November 4, 2025.

On November 19, 2025, while in custody in the Oakland County Jail, Pontiac, Michigan, JONES appeared for a video arraignment before Judge Carle Joseph Barone, III, 35th District Court, Plymouth, Michigan, Case ID 2025-25T20820-FY. A plea of not guilty was entered by the Court and bond denied. Per Court records, a probable cause conference hearing before Judge Michael J. Gerou, 35th District Court, Plymouth, Michigan is scheduled on December 05, 2025, at 9:30 a.m. and an Examination hearing before Judge James A. Plakas, 35th District Court, Plymouth, Michigan is scheduled on December 12, 2025, at 11:30 a.m. As of the date of this report, JONES is being held in the Oakland County Jail, Pontiac, Michigan.

On April 7, 2026, JONES appeared for a pre-trial hearing before Judge Margaret M. Van Houten, 3rd Circuit Court, Wayne County, Detroit, Michigan, Case 2025-007709-FH. JONES pled guilty to the following charge:

Count 1: Home Invasion – First Degree (Felony)

The following charges were dismissed:

Count 2: Financial Transaction Device -stealing/retaining Without Consent (Felony)
Count 3: Financial Transaction Device -stealing/retaining Without Consent (Felony)

JONES is scheduled to appear in Court for sentencing on June 2, 2026, at 10:00 a.m. Plea agreement: 7-20 years custody.

As of the date of this report, JONES remains in custody, in the Oakland County Jail, Pontiac, Michigan.

3       **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On November 5, 2025, an officer from the Dearborn Police Department initiated a traffic stop on a vehicle which was observed to have a defective passenger side headlight. The driver/lone

| PROB 12C<br>(Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART 1:  PETITION FOR**<br>**WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>000011610 | **DATE**<br>05/27/2026 |
|---|---|---|---|---|
| **NAME**<br>JONES, Antonio | **OFFICER**<br>Ahmed M. Bazzi | **JUDGE**<br>Mark A. Goldsmith | | **DOCKET #**<br>19-CR-20492-08 |

occupant of the vehicle was identified as JONES. JONES was arrested for Driving While License Suspended (Misdemeanor). JONES was transported to the Dearborn Police Station where he was booked and processed. Using his own funds, JONES posted bond in the amount of $250.00 and was released. Per court records, the status of this matter is listed as "open" under 19th Case ID 2025-25DB24483B-OT and an arraignment/pre-trail hearing is scheduled on January 15, 2026, at 8:00 a.m. before Judge Eugene L. Hunt, 19th District Court, Dearborn, Michigan.

Per court records, JONES failed to appear in court and a bench warrant, which remains active as of the date of this report, was issued on March 9, 2026.

**4**        **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME."

On July 29, 2025, JONES was issued a citation by an officer from the Redford Township Police Department for Driving While License Suspended/Revoked/Denied (Misdemeanor). JONES was scheduled to appear in 17th District Court, Redford, Michigan for an arraignment/pre-trial hearing under Case ID 2025-2518503-OT on August 28, 2025. Per court records, JONES failed to appear in court and a bench warrant was issued on September 4, 2025.

As of the date of this report, JONES' warrant out of 17th District Court, Redford, Michigan under Case ID 2025-2518503-OT remains active

| **I declare under penalty of perjury that the foregoing is true and correct.**<br>**PROBATION OFFICER**<br><br>s/Ahmed M. Bazzi/mt<br>313-234-5411 | **DISTRIBUTION**<br><br>Court |
|---|---|
| **SUPERVISING PROBATION OFFICER**<br><br>s/Tracy Kosmas<br>313-234-5272 | **PROBATION ROUTING**<br><br>Data Entry |

**THE COURT ORDERS:**

[ X ]    The above charges as an amendment to the warrant petition filed on December 5, 2025.

[  ]    Other

| PROB 12C<br>(Rev. 08/18) | **AMENDED VIOLATION REPORT**<br>**PART 1:  PETITION FOR**<br>**WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>000011610 | **DATE**<br>05/27/2026 |
|---|---|---|---|---|
| **NAME**<br>JONES, Antonio | | **OFFICER**<br>Ahmed M. Bazzi | **JUDGE**<br>Mark A. Goldsmith | **DOCKET #**<br>19-CR-20492-08 |

s/Mark A. Goldsmith
_____
United States District Judge

5/27/2026
_____
Date